FILED: August 18, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 24-1367
(1:24-cv-00175-WO-JLW)

_____

JOE MANIS

        Plaintiff - Appellant

v.

U.S. DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in her official capacity as the Secretary of Agriculture; MICHAEL WATSON, in his official capacity as Administrator of the Animal & Plant Health Inspection Service

        Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                                          /s/ NWAMAKA ANOWI, CLERK